UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS FRIEDRICHSEN, | ) | CASE NUMBER 5: 06 CV 2751 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| MASSILLON-CLEVELAND-AKRON | ) | |
| SIGN COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to a Memorandum Opinion of this Court Defendant Key Bank's Motion to Dismiss the Complaint (ECF #8) is GRANTED and the Motion of Defendant Massillon-Cleveland-Akron Sign Company ("MCA") for Summary Judgment (ECF #9) is GRANTED.  This action is TERMINATED.

IT IS SO ORDERED.

_/s/Donald C. Nugent_
JUDGE DONALD C. NUGENT

DATED:   March 14, 2007